TOWNSHIP OF LAKEWOOD v. YVONNE LYNN.

April 10, 1979.   Petition for certification denied.

REGISTRAR & TRANSFER COMPANY v. DIRECTOR, DIVISION OF TAXATION, DEPT. OF THE TREASURY, STATE OF N. J.

April 10, 1979.   Petition for certification denied.   (See 166 *N.J.Super.* 75)

REGISTRAR & TRANSFER COMPANY v. DIRECTOR, DIVISION OF TAXATION, DEPT. OF THE TREASURY, STATE OF N. J.

April 10, 1979.   Cross-petition for certification denied.   (See 166 *N.J.Super.* 75)

GREGORY OLDS v. ANN KLEIN, COMMISSIONER, DEPT. OF HUMAN SERVICES.

April 10, 1979.   Petition for certification denied.   (See 166 *N.J.Super.* 28)

KELLOGG G. BIRDSEYE v. DEPARTMENT OF COMMUNITY AFFAIRS.

April 10, 1979.   Petition for certification denied.